# FALCONE
## L A W   F I R M

*Focusing on complicated bankruptcy matters family law and small business law*

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

AUG 1 7 2022

M. Regina Thomas, Clerk
By:
Deputy Clerk

August 15, 2022

**RECEIVED**
AUG 1 7 2022

Paul W. Bonapfel
United States Bankruptcy Judge

Connie Mason
Courtroom Deputy Clerk to Judge Bonapfel
1492 US Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

RE:   James & Mary Newman, Debtors
Case No. 21-55737; Chapter 7

Dear Clerk:

Please be advised that Ian M. Falcone is requesting a leave of absence pursuant to Local Rule 9010-5(e).  Mr. Falcone is requesting that a case not be calendared during the following periods:

**October 7, 10-14, 2022; and
December 7-9, 26-30, 2022.**

The purpose of this leave is: personal.

Mr. Falcone has examined the court docket and the above-styled cases do not presently appear on any published calendar for said period.

Your assistance in this matter is sincerely appreciated.  Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,
THE FALCONE LAW FIRM, PC

Ian M. Falcone
GA Bar No. 254470

cc:   S. Gregory Hays, Trustee

363 Lawrence Street • Marietta, GA 30060
(770) 426-9359 • attorneys@falconefirm.com